UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUCIUS R. ALLEN,  CIVIL NO. 08-6366 (JNE/JSM)

    Plaintiff,

v.

    ORDER

WARDEN KAREN JUSSILA; JESSICA SIMMS;
DR. MICHAEL KOEPLIN; JOHN AGRIMSON;
KATHY REID; STEPHEN CRAANE, M.D.;
B.J. HELMANIAK; JUDY ELLERBUSCH; BARB
NELSON; OFC. TAGAWA; OFC. TERESA JONK;
NANETTE LARSON; MARK THIELEN, Assistant
Warden; DR. JOSHUA B. COLTON,

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 4, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. The Motion to Dismiss and for Summary Judgment of Defendants Agrimson, Helmaniak, Jonk, Larson, Nelson, Reid, Simms, Tagawa, and Thielen [Docket No. 46] is GRANTED; the action against these defendants is dismissed with prejudice;

2. Defendant Stephen Craane, M.D.'s Motion for Summary Judgment [Docket No. 55], is GRANTED; the action against this defendant is

dismissed with prejudice; and

3. Defendants Dr. Michael Koeplin and Dr. Joshua Colton's Motion for Summary Judgment [Docket No. 61] is GRANTED; the action against these defendants is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9-1-2010

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge